IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

JOHN DILLARD, et al.,          )
                               )
       Plaintiffs,             )
                               )
       v.                      )          CIVIL ACTION NO.
                               )          2:85cv1332-MHT
CRENSHAW COUNTY, etc.,         ) (Calhoun County Commission)
et al.,                        )               (WO)
                               )
       Defendants              )

## CONSENT FINAL JUDGMENT

There being no objection to defendant Calhoun County
Commission's motion for final dismissal of this action filed
April 17, 2006 (Doc. No. 677); there being no cause shown in
response to this court's order entered April 18, 2006 (Doc. No.
679); and Alabama Act No. 2006-252 having received § 5
preclearance (Doc. No. 687), it is the ORDER, JUDGMENT, and
DECREE of the Court as follows:

(1) Said motion is granted.

(2) It is DECLARED as the judgment of this court that
Alabama Act No. 2006-252 provides state legislative authority
for the method of election and number of seats prescribed by
the judgment of this court entered October 21, 1986, and

reaffirmed on February 25, 1988, providing for the Calhoun County Commission to be composed of five members elected from single-member districts, with the position of chairperson rotated among the commissioners such that each commissioner will share equally with the other commissioners the position of chairperson of the commission.

(3) The injunctions contained in the prior judgments of this court to the extent they pertain to defendant Calhoun County Commission are dissolved.

(4) All claims against the defendant Calhoun County Commission in this action are dismissed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 31st day of July, 2006.


    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE