IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOHN DILLARD, et al.,        )
                             )
    Plaintiffs,               )
                             )       CIVIL ACTION NO.
    v.                        )        2:85cv1332-MHT
                             )        (Lawrence County
CRENSHAW COUNTY, etc.,        )         Commission)
et al.,                       )            (WO)
                             )
    Defendants.               )
```

CONSENT FINAL JUDGMENT

There being no objection to defendant Lawrence County Commission's motion for final dismissal of this action filed April 28, 2006 (Doc. No. 682), and Alabama Act No. 2006-252 having received § 5 preclearance (Doc. No. 687), it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1)  Said motion is granted.

(2)  It is DECLARED as the judgment of this court that Alabama Act No. 2006-252 provides state legislative authority for the method of election and number of seats

prescribed by the judgment of this court entered December 19, 1986, providing for the Lawrence County Commission to be composed of five members elected from single-member districts, with the position of chairperson rotated among the commissioners such that each commissioner will share equally with the other commissioners the position of chairperson of the commission.  (In Act No. 2003-222, the Alabama Legislature adopted this court's remedy for the Lawrence County Commission.  That expression of legislative judgment is valid as a matter of state law, but is not enforceable because, as of the date of this consent final judgment, Act No. 2003-222 has not received § 5 preclearance.)

(3) The injunctions contained in the prior judgments of this court to the extent they pertain to defendant Lawrence County Commission are dissolved.

(4) All claims against the defendant Lawrence County Commission in this action are dismissed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 3rd day of October 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE