IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOHN DILLARD, et al.,        )
                             )
    Plaintiffs,              )
                             )
    v.                       )    CIVIL ACTION NO.
                             )    2:85cv1332-MHT
CRENSHAW COUNTY, etc.,       )    (Pickens County
et al.,                      )     Commission)
                             )         (WO)
                             )
    Defendants.              )
```

## FINAL JUDGMENT

Pursuant to the joint motion to show cause as to why this case should not be dismissed (Doc. No. 706), an order was entered on June 8, 2007 (Doc. No. 707), directing defendant Pickens County Commission to show cause, if any there be, in writing by August 7, 2007, as to why said motion should not be granted.  No response has been filed by defendant.

There being no objection to the show-cause order and the final dismissal of this action, and Alabama Act No.

2006-252 having received preclearance, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The motion to show cause as to why this case should not be dismissed (Doc. No. 706) is granted.

(2) It is DECLARED as the judgment of this court that Alabama Act No. 2006-252 provides state legislative authority for the method of election and number of seats prescribed by the consent decree and order the court entered on October 21, 1986, providing that the Pickens County Commission consist of five members elected from single-member districts with the chair rotating among the commissioners.

(3) The injunction contained in the prior judgment of the court to the extent it pertains to defendant Pickens County Commission is dissolved, and the judgment is vacated.

(4) All claims against defendant Pickens County Commission in this action are dismissed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 9th day of August, 2007.

                                      /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE