IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOHN DILLARD, et al.,        )
                             )
     Plaintiffs,             )
                             )
     v.                      )     CIVIL ACTION NO.
                             )     2:85cv1332-MHT
CRENSHAW COUNTY, etc.,       )     (Shelby County
et al.,                      )      Commission)
                             )          (WO)
                             )
     Defendants.             )
```

FINAL JUDGMENT

Pursuant to the joint motion to show cause as to why this case should not be dismissed (Doc. No. 719), an order was entered on July 30, 2007 (Doc. No. 720), directing defendant Shelby County Commission to show cause, if any there be, in writing by September 26, 2007, as to why said motion should not be granted.  The Shelby County Commission responded on September 24, 2007 (Doc. No. 727), stating that it had no objection to the dismissal of it from this action.

There being no objection to the show-cause order and the final dismissal of this action, and Alabama Act No. 2006-252 having received preclearance, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The motion to show cause as to why this case should not be dismissed (Doc. No. 719) is granted.

(2) It is DECLARED as the judgment of this court that Alabama Act No. 2006-252 provides state legislative authority for the method of election and number of seats prescribed by the consent decree the court approved on May 25, 1990, providing that, beginning with the 1992 elections, the Shelby County Commission consist of seven or nine members elected from single-member districts, one of which was to be majority black.  Because only a nine member configuration worked, the County Commission drew a nine member plan that was precleared and, with modifications, is still in use today.

(3) The injunction contained in the prior judgment of the court to the extent it pertains to defendant Shelby

County Commission is dissolved, and the judgment is vacated.

(4) All claims against defendant Shelby County Commission in this action are dismissed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 1st day of October, 2007.

                                          /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**