IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


| | |
|---|---|
| JOHN DILLARD, et al., ) | |
| ) | |
|    Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:85cv1332-MHT |
| ) | (WO) |
| CRENSHAW COUNTY, etc., ) | |
| et al., ) | |
| ) | |
|    Defendants. ) | |

### CORRECTED JUDGMENT

There being no objection, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiffs' motion to dismiss (doc. no. 729) is granted.

(2) Plaintiffs' claims against defendants Jefferson County Board of Education, Morgan County Commission, Covington County Commission, Covington County Board of Education, Geneva County Board of Education, Geneva County Commission, City of Helena, City of Muscle Shoals, City of Pine Hill, Shelby County Board of Education, St. Clair County Board of Education, and St. Clair County

Commission, are dismissed without prejudice, with the parties to bear their own costs and attorneys' fees.

It is further ORDERED that this action is dismissed in its entirety.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 16th day of December, 2010.


　　　 /s/ Myron H. Thompson　　
　　 UNITED STATES DISTRICT JUDGE